**MCGRATH CLOUD LAW**
Bobby L. Cloud Jr. State Bar № 258081
1830 Truxtun Ave. Suite 210
Bakersfield, California 93301
Telephone (661) 323-2800

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DIVISION OF CALIFORNIA

| | |
|---|---|
| ADAM J. FAZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NORTH KERN STATE PRISON, a California State Agency;<br><br>THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a California State Agency;<br><br>CORRECTIONAL OFFICER D. SINGLETON, an individual;<br><br>KAREN LIAS, an individual,<br><br>RAFAEL ESCAREGA, an individual<br><br>JOHN KATAVICH, an individual;<br><br>LYDIA C. HENSE, an individual; and<br><br>DOES 1 through 25, inclusive.<br><br>Defendants. | Civil Action No.: **1:11-CV-00610-LJO-JLT**<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS FOR LACK OF JURISDICTION TO THE FIRST AMENDED COMPLAINT, AND MOTION TO DISMISS; AND ORDER**<br><br>NOTE CHANGE IN DATE and TIME FROM THAT STIPULATED |

1

STIPULATION TO CONTINUE MOTION TO DISMISS FOR LACK OF JURISDICTION TO THE FIRST AMENDED COMPLAINT, AND MOTION TO DISMISS

**COMES NOW** Plaintiff, ADAM FAZ ("Plaintiff") and Defendants NORTH KERN STATE PRISON, THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CORRECTIONAL OFFICER D. SINGLETON, KAREN LIAS, RAFAEL ESCAREGA, and JOHN KATAVICH ("Defendants"), each by and through their respective counsel of record, and stipulate as follows:

1) The Hearing on the Motion to Dismiss filed by Defendants, currently set for August 11, 2011 at 8:30 a.m., in Courtroom 4, of the above entitled court be continued to September 15, 2011, at 8:30 a.m in said court.

2) Counsel for Plaintiff to file and serve upon defendants a response to the Motion to Dismiss prior to August 30, 2011.

REASON FOR CONTINUANCE

Counsel for Plaintiff requires additional time to acquire documentation to properly response to the Motion To Dismiss that was filed by Defendants on July 11, 2011.

**IT IS SO STIPULATED.**

                                                           **McGRATH CLOUD LAW**

Date: July 27, 2011     */s/ Bobby L. Cloud Jr. Esq.*

                                                       Bobby L. Cloud Jr., Esq.
                                                       Attorney for Plaintiff, Adam Faz

Date: August 1, 2011

                                                       /s/ Mark Schreiber

                                                     Mark Schreiber
                                                     Attorney for Defendants

STIPULATION TO CONTINUE MOTION TO DISMISS FOR LACK OF JURISDICTION TO THE FIRST AMENDED COMPLAINT, AND MOTION TO DISMISS

# ORDER

The Court, having reviewed the Stipulation of the Parties above, and for good cause appearing, hereby **ORDERS AS FOLLOWS:**

1. The Hearing on the Motion to Dismiss filed by Defendants, currently set for August 11, 2011 at 8:30 a.m., in Courtroom 4, of the above entitled court shall continued to September 23, 2011, at 8:15 a.m in said court.

2. Counsel for Plaintiff to file and serve upon defendants a response to the Motion to Dismiss prior to August 30, 2011.

IT IS SO ORDERED.

**Dated:   August 2, 2011**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

3

STIPULATION TO CONTINUE MOTION TO DISMISS FOR LACK OF JURISDICTION TO THE FIRST AMENDED COMPLAINT, AND MOTION TO DISMISS